# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES DEWITT MCINTOSH, II

NO. 2022 KW 0093

**MARCH 28, 2022**

---

In Re:    James Dewitt McIntosh, II, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 576736.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT